JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

PHILLIP L. C.,[1]

Plaintiff,

v.

FRANK BISGNANO, Commissioner of Social Security,

Defendant.

No. 2:25-cv-07886 DSR

**JUDGMENT**

IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED: July 30, 2026

HON. DANIEL S. ROBERTS
UNITED STATES MAGISTRATE JUDGE

[1] Plaintiff's name is partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.